In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-262 CR


____________________



MAUREEN ANN STEPP, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 93916






 MEMORANDUM OPINION


 Appellant, Maureen Ann Stepp, requests permission to withdraw her appeal. See Tex.
R. App. P. 42.2. Her request to dismiss the appeal is signed by appellant personally and
joined by counsel of record. No opinion has issued in this appeal. The appellant requests
immediate issuance of our mandate. See Tex. R. App. P. 18.1(c). The motion is granted, and
the appeal is therefore dismissed. We direct the clerk to issue the mandate immediately.

 APPEAL DISMISSED. 

 ____________________________

 HOLLIS HORTON

 Justice 


Opinion Delivered December 12, 2007 

Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.